**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **MICHAEL HAYNES,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-00407-ALM** |
| | § | |
| **COLUMBIA DEBT RECOVERY, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., I.Q. DATA INTERNATIONAL, INC., PROCOLLECT, INC., and TRANS UNION LLC,** *Defendants.* | § | |

**UNOPPOSED JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

Defendants I.Q. Data International, Inc. ("IQ Data") and Experian Information Solutions, Inc. ("Experian") (collectively, "Defendants") file this Unopposed Joint Motion to Extend the Dispositive Motion Deadline, and would respectfully show the Court as follows:

1. This lawsuit was brought by Plaintiff Michael Haynes ("Plaintiff") asserting violations of the Fair Credit Reporting Act ("FCRA") under 15 U.S.C. § 1681 *et seq.,* the Fair Debt Collection Practices Act ("FDCPA") under 15 U.S.C. § 1692 *et seq.*, and the Texas Debt Collection Act ("TDCA") under Tex. Fin. Code § 392 *et seq*.

2. The current deadline for the parties to file dispositive motions is October 30, 2026. [Dkt. 34, p. 2].

3. Defendants move to extend the dispositive motion deadline to **November 12, 2026**, which is 110 days prior to parties' deadline to submit a Joint Final Pretrial Order.

4. Under Rule 16(b)(4), a scheduling order may be modified for good cause and with the judge's consent. FED. R. CIV. P. 16(b)(4). Good cause exists for the extension as the parties are currently engaging in written discovery and need additional time to prepare and file dispositive motions. The requested extension will also provide the parties with an opportunity to explore the possibility of an informal resolution. Additionally, no party will be prejudiced by the requested extension.

5. The requested extension is not for purposes of delay and will not alter any other deadlines in the Court's Scheduling Order.

**PRAYER**

IQ Data and Experian respectfully request that the Court extend the deadline for dispositive motions to November 12, 2026, and grant them any other relief to which they may be justly entitled.

Respectfully submitted,

**GERMER PLLC**

By: */s/ Lee H. Staley*
Lee H. Staley
State Bar No. 24027883
lstaley@germer.com
Dylan W. Bass
State Bar No. 24129304
dbass@germer.com
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Tel: (713) 650-1313
Fax: (713) 739-7420

**ATTORNEYS FOR DEFENDANT**
**I.Q. DATA INTERNATIONAL, INC.**

- and -

**KASOWITZ LLP**

By: */s/ Steven J. Owens*
Steven J. Owens
Texas State Bar No. 24098212
EDTX Fed. Bar No. 24098212
SOwens@kasowitz.com
Erika Medina
Texas State Bar No. 24121006
EDTX Fed. Bar No. 24121006
EMedina@kasowitz.com
1415 Louisiana Street, Suite 2100
Houston, Texas 77002
(713) 220-8800
(713) 222-0843 (fax)

**ATTORNEY FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October 2026, a true and correct copy of the foregoing instrument was filed with through the Court's CM/ECF system and was electronically served to all counsel of record.

*/s/ Dylan W. Bass*
Dylan W. Bass

## CERTIFICATE OF CONFERENCE

I hereby certify that on the October 30, 2026, a conference was held via telephone between counsel Plaintiff and Defendant I.Q. Data International, Inc. regarding the relief sought in this motion in which counsel for Plaintiff advised that Plaintiff is unopposed to the relief sought in this motion.

*/s/ Dylan W. Bass*
Dylan W. Bass